NUMBER
13-09-00669-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

DAVID TORRES,                                                                       APPELLANT,

 

                                                             v.

 

CITY OF CORPUS
CHRISTI,                                                      APPELLEE. 

____________________________________________________________

 

                       On
appeal from the County Court at Law No. 2 

                                        of
Nueces County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                        Before Justices Rodriguez, Benavides, and Vela 

Memorandum Opinion
Per Curiam

 








Appellant,
David Torres, perfected an appeal from a judgment entered by the County Court at
Law No. 2 of Nueces County, Texas, in cause number 08-62172-2.  The parties
have filed a joint motion to dismiss on grounds that the parties have reached a
final settlement of this cause.  The parties request that this Court dismiss
this case.  

The
Court, having considered the documents on file and the joint motion to dismiss,
is of the opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.  Costs will
be taxed against appellant.  See Tex.
R. App. P. 42.1(d) ("Absent agreement of the parties, the court
will tax costs against the appellant.").  Having dismissed the appeal at
the parties= request, no motion for rehearing will
be entertained, and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the 

29th day of July, 2010.